

# Fourth Court of Appeals
## San Antonio, Texas

July 1, 2014

No. 04-14-00308-CV

**IN RE** Evelyn **TENORIO**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:       Marialyn Barnard, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

On April 30, 2014, relator filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on July 1st, 2014.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of July, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2012-CI-07801, styled *In the Interest of G.V. and C.V. III, Children*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Peter A. Sakai presiding.